**Writ of Habeas Corpus Dismissed, Opinion issued February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

———————————————————————

### No. 05-13-00168-CV

———————————————————————

### IN RE DAVID MATTHEWS, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-45774**

## MEMORANDUM OPINION

Before Justices Bridges, Murphy, and Lewis
Opinion by Justice Bridges

Before the Court is relator's petition for habeas corpus complaining of that an affidavit of probable cause used in his case was void. The facts and issues are well known to the parties, so we need not recount them herein. This Court has no jurisdiction over habeas corpus proceedings in which the relator seeks relief from a felony judgment after final conviction. *See* TEX. CODE CRIM. PROC. ANN. Art. 11.07 (West Supp. 2010). Accordingly, we **DISMISS** relator's petition for a writ of habeas corpus for want of jurisdiction.

/s/ David L. Bridges
DAVID L. BRIDGES
JUSTICE

130168F.P05